United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIAM WALLACE,

    Plaintiff,

  v.

UNITED STATES GOVERNMENT,

    Defendant.

No. C 14-80148 WHA

**ORDER DENYING PERMISSION TO FILE COMPLAINT**

On November 17, 2004, Judge Fern Smith signed an order subjecting *pro se* plaintiff John William Wallace to pre-filing review. *See Wallace v. United States Government*, No. 04-cv-1147 FMS. Yesterday, Wallace filed a "complaint," the latest in a long string of complaints that he has attempted to submit in this district (Dkt. No. 1). Here, the instant "complaint" is incoherent and unintelligible, due to the difficulty in deciphering the meaning of the words found in this largely handwritten document. This order therefore finds that the instant "complaint" does not state a claim upon which relief can be granted. The Clerk is directed to not file this "complaint."

**IT IS SO ORDERED.**

Dated: May 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE